IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA SINGER,

    Plaintiff,                    No. 2:11-cv-2932 KJN P

    vs.

CALIFORNIA BOARD OF
PRISON HEARINGS, et al.,

    Defendants.               ORDER

/

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed December 22, 2011, plaintiff's complaint was dismissed and plaintiff was provided the opportunity to elect, within thirty days leave, to file an amended complaint or to voluntarily dismiss this action. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 1, 2012

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sing2932.fta